IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ARMANDO LUIS GONZALEZ, JR., Defendant. | CR 22-87-BLG-SPW ORDER |

Defendant having filed a Motion to Change Plea (Doc. 27) on March 8, 2023,

IT IS HEREBY ORDERED that the trial set for March 27, 2023 is **VACATED**.

IT IS FURTHER ORDERED that a change of plea hearing is set for **Tuesday, April 11, 2023 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between March 8, 2023 and April 11, 2023 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D).

IT IS FURTHER ORDERED that the Plea Agreement shall be filed with the Court on or before **April 7, 2023**.

1

DATED this 8th day of March, 2023.

_____
SUSAN P. WATTERS
U.S. DISTRICT JUDGE